# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CASE NO. 5:20-cv-1-FL

DAVID D. MOIR and RONALD B. MOIR, JR., as Co-Executors of the ESTATE OF TIA D. ANDREW,

        Plaintiffs,

v.

MARSHA L. ANDREW,

        Defendant.

**ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO SEAL**

This matter comes before the Court on the unopposed motion of Plaintiffs David D. Moir and Ronald B. Moir, Jr., as Co-Executors of the Estate of Tia D. Andrew ("the Estate"), to seal the proposed document filed at Docket Entry 17. Having considered the motion, the Court finds as follows:

1.     Docket Entry 17 is a compilation of Tia D. Andrew's bank account records, which constitute personal financial information. The Estate has a legitimate interest in maintaining Docket Entry 17 under seal.

2.     The need to maintain confidentiality outweighs the public interest in access to the bank account records.

3.     No less drastic alternatives to sealing are available.

4. Defendant Marsha L. Andrew does not object to sealing Docket Entry 17.

For these reasons, the Court concludes that the motion should be GRANTED and Docket Entry 17 should remain under seal.

IT IS SO ORDERED.

This the 9th day of April, 2020.

LOUISE W. FLANAGAN
United States District Judge