IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-cv-1-FL

| | | |
|---|---|---|
| DAVID D. MOIR and RONALD B. MOIR, JR. as co-Executors of the ESTATE OF TIA D. ANDREW, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| MARSHA L. ANDREW, | ) ) | |
| Defendant. | ) | |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's Exhibits at D.E. 22 filed on 13 March 2020 be sealed until further order of the Court.

It is further ORDERED that Defendant provide a filed copy of the sealed filing to counsel for the Plaintiff.

SO ORDERED.

This the 9th day of April 2020.

                                                        Louise W. Flanagan
                                                      United States District Judge