UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DAVID D. MOIR )<br>*Co-executor of the Estate of Tia D. Andrew* and )<br>RONALD B. MOIR, JR. *Co-Executor of Tia D.* )<br>*Andrew* )<br>               Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>MARSHA L. ANDREW )<br>               Defendant. ) | **JUDGMENT**<br><br>No. 5:20-CV-1-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of plaintiffs' motion to remand and defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 29, 2020, more particularly described therein, that plaintiffs' motion to remand is granted, defendant's motion to dismiss is denied without prejudice and that this case is remanded to Wake County Superior Court, North Carolina for further proceedings.

**This Judgment Filed and Entered on April 29, 2020, and Copies To:**
Kelly Margolis Dagger / Preetha Suresh Rini (via CM/ECF Notice of Electronic Notification)
Randall M. Roden (via CM/ECF Notice of Electronic Notification)
The Honorable Frank Williams (via U.S. Mail at Wake County Clerk of Superior Court,
P. O. Box 351, Raleigh, NC 27602)

April 29, 2020                          PETER A. MOORE, JR., CLERK
                                                          /s/ Sandra K. Collins
                                                          (By) Sandra K. Collins, Deputy Clerk