UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DAVID D. MOIR                                          )
*Co-executor of the Estate of Tia D. Andrew* and       )
RONALD B. MOIR, JR. *Co-Executor of Tia D.*             )
*Andrew*                                               )
                      Plaintiffs,                      )
                                                       )
v.                                                     )          **AMENDED JUDGMENT**
                                                       )
                                                       )          No. 5:20-CV-1-FL
MARSHA L. ANDREW                                       )
                      Defendant.                       )


**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of plaintiffs' motion to remand, defendant's motion to dismiss and plaintiffs' notice of costs and expenses incurred as a result of removal.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 29, 2020, more particularly described therein, that plaintiffs' motion to remand is granted, defendant's motion to dismiss is denied without prejudice and that this case is remanded to Wake County Superior Court, North Carolina for further proceedings.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 17, 2020, that defendant shall pay to plaintiffs $11,306.00, comprising reasonable attorney's fees incurred as a result of removal.

**This Judgment Filed and Entered on August 17, 2020, and Copies To:**
Kelly Margolis Dagger / Preetha Suresh Rini (via CM/ECF Notice of Electronic Notification)
Randall M. Roden (via CM/ECF Notice of Electronic Notification)


August 17, 2020                          PETER A. MOORE, JR., CLERK
                                           /s/ Sandra K. Collins
                                         (By) Sandra K. Collins, Deputy Clerk